**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


MILLCREEK TOWNSHIP SCHOOL DISTRICT,

              Respondent

        v.

MILLCREEK TOWNSHIP EDUCATIONAL SUPPORT PERSONNEL ASSOCIATION,

              Petitioner

:  No. 194 WAL 2018
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## **ORDER**


**PER CURIAM**

      **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, are:


(1)    Whether the Commonwealth Court panel grossly departed from this Court's accepted practices regarding review of labor arbitration awards and abused its discretion when it failed to give proper deference to the arbitrator's factual findings and contractual interpretation.

(2)    Whether the Commonwealth Court panel's decision conflicts with numerous decisions of both this Honorable Court and the Commonwealth Court applying the deferential essence test and defining the authority of the arbitrator.

(3)    Whether the panel erroneously held that the award violated public policy despite the fact that it specifically acknowledges and accounts for the District's legal duty under [the Public Employee Relations Act].